IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACEK JABLONSKI,

    Plaintiff,

  v.

                                                      Case No.  20-cv-866-wmc

BELOIT HEALTH SYSTEM, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Beloit Health System, Inc. against plaintiff Jacek Jablonski dismissing this case.

| s/ R. Swanson, Deputy Clerk | 4/28/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |